RECEIVED
NOV 10  A 10: 21

U.S. ... COURT
MIDDLE DISTRICT ALA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**GREGORY KELLY AND**
**ANNETTE B. KELLY**

  *Plaintiffs .*

          2:25-cv-00889-ECM-SMD

  **v.**

**CITY OF MONTGOMERY MAYOR'S OFFICE a/b/a  City of**
**Montgomery Major's Office ( Mayor's Office )**
**CITY OF MONTGOMERY  FINANCE DEPARMENT a/b/a**
**City  of Montgomery Finance Department ( MGM-DOF)**
**CITY OF MONTGOMERY  LICENSE AND REVENUE a/b/a**
**City  of Montgomery License and Revenue( MGM-DOR)**
**CITY OF MONTGOMERY  MUNICIPAL COURT a/b/a**
**City  of Montgomery Municipal Courts ( MGM-Courts)**
**CITY OF MONTGOMERY  CLERK OFFICE a/b/a**
**City of Montgomery Clerk Office ( MGM-Clerk )**
**CITY OF MONTGOMERY NEIGHBORHOOD SERVICE a/b/a**
**City  of Montgomery Neighborhood Service ( MGM -NS)**
**CITY OF MONTGOMERY  OFFICE OF VIOLENCE**
**PREVENTION a/b/a City  of Montgomery Office of Violence**
**Prevention (MGM- OVP)**
**CITY OF MONTGOMERY MUSEUM OF FINE ARTS  a/b/a**
**City of Montgomery Museum of Fine Arts( MGM -Museum)**
**CITY OF MONTGOMERY ZOO AND MANN WILDLIFE**
**MUSEUM   a/b/a  City of Montgomery Zoo and Mann Wildlife**
**Learning Museum( MGM -Zoo)**
**CITY OF MONTGOMERY SPECIAL EVENTS DEPARTMENT**
**a/b/a  City of Montgomery Special Events  ( MGM - Special Events)**
**CITY OF MONTGOMERY SPORTS  & EVENTS   a/b/a  City of**
**Montgomery Sports & Events  ( MGM -Events )**

1

**CITY OF MONTGOMERY PROCUREMENT a/b/a City of Montgomery Procurement Purchasing (MGM-Procurement )**
**CITY OF MONTGOMERY RISK MANAGEMENT a/b/a City of Montgomery Risk Management (MGM -Risk Mgt )**
**CITY OF MONTGOMERY GRANTS a/b/a City of Montgomery Grants (MGM -Grants )**
**CITY OF MONTGOMERY INFORMATION & TECHNOLOGY a/b/a City of Information & Technology (MGM -OIT )**
**CITY OF MONTGOMERY SANITARY SERVICES a/b/a City of Sanitary Service (MGM - Sanitary )**
**CITY OF MONTGOMERY LONG RANGE PLANNING DEPARTMENT a/b/a City of Montgomery Long Range Planning Department (MGM LRP Plans)**
**CITY OF MONTGOMERY LAND USE PLANNING DEPARTMENT a/b/a City of Montgomery Land Use Planning Department (MGM LUP Plans)**
**CITY OF MONTGOMERY TRANSPORTATION PLANNING DEPARTMENT a/b/a City of Montgomery Transportation Plannning Department (MGM Transit Plans)**
**CITY OF MONTGOMERY ENGINEERING a/b/a City of Montgomery Engineering (MGM Engineering )**
**CITY OF MONTGOMERY TRAFFIC ENGINEERING a/b/a City of Montgomery DMV Traffic Engineering (MGM Traffic )**
**CITY OF MONTGOMERY SMALL MINORITY BUSINESS DEVELOPMENT a/b/a City of Montgomery Small Minority Business Development (MGM -SBOSS)**
**CITY OF MONTGOMERY ECONOMIC DEVELOPMENT AGENCY a/b/a City of Montgomery Economic Development Agency(MGM - EDA )**
**CITY OF MONTGOMERY POLICE DEPARTMENT a/b/a City of Montgomery Police Department (MPD )**
**CITY OF MONTGOMERY FIRE & RESCUE DEPARTMENT a/b/a City of Montgomery Fire/ Rescue Department (MFRD)**
**CITY OF MONTGOMERY COMMUNICATION a/b/a City of Montgomery Communication (MGM Comm)**
**CITY OF MONTGOMERY AREA TRANSIT SYSTEM a/b/a City of Montgomery Area Transit System (M Transit System)**

**CITY OF MONTGOMERY REGIONAL AIRPORT a/b/a**
**City of Montgomery Regional Airport(MGM Airport )**

**CITY OF MONTGOMERY BUILDING INSPECTIONS  a/b/a**
**City of Montgomery Building Inspections  (MGM -Blg Inspec.)**
**CITY OF MONTGOMERY ELECTRICAL INSPECTIONS a/b/a**
**City of Montgomery Electrical Inspections (MGM -Electrical Insp.)**
**CITY OF MONTGOMERY PLUMBING ,GAS & MECHANICAL**
**INSPECTIONS a/b/a City of Montgomery Plumbing, Gas and Mechanical**
**Inspections   (MGM -HVAC Insp)**
**CITY OF MONTGOMERY PROPERTY  MAINTENANCE a/b/a City of**
**Montgomery Property Maintenance  (MGM -Property  Mnt)**
**CITY OF MONTGOMERY  BUILDING MAINTENANCE a/b/a   City of**
**Montgomery Building Maintenance  (MGM -Blg Mnt )**
**CITY OF MONTGOMERY STREET  MAINTENANCE a/b/a   City of**
**Montgomery Street/  Maintenance  (MGM -Steet Mnt )**
**MONTGOMERY CITY/COUNTY EMA a/b/a**
**Montgomery City/County EMA  (MCC -EMC )**
**MONTGOMERY COUNTY GRANTS DEPARTMENT a/b/a Montgomery**
**County Grants Department  (MCC -Grants)**
**MONTGOMERY COUNTY FINANCE DEPARTMENT a/b/a**
**Montgomery County Finance Department (MCC -DOF )**
**MONTGOMERY COUNTY ENGINEERING  DEPARTMENT a/b/a**
**Montgomery County Engineering Department  (MCC -Engineer )**
**MONTGOMERY COUNTY  BUILDING PERMITS  a/b/a**
**Montgomery County Business License   (MCC -Bldg Permits)**
**MONTGOMERY COUNTY SHERIFF OFFICE a/b/a**
**Montgomery County Sheriff's Office  (MCC - Sheriff)**
**MONTGOMERY COUNTY PROBATE COURT a/b/a**
**Montgomery County Probate Court. (MCC-Probate Court)**
**MONTGOMERY COUNTY /CITY COURTHOUSE JUSTICE CENTER**
**a/b/a  Montgomery County/City  Courthouse Phelps -Price Justice Center**
**(MCC- Courthouse )**
**MONTGOMERY COUNTY /CITY  PERSONEL DEPARTMENT a/b/a**
**Montgomery County/City  Personnel Department ( MCC Personnel  Dept)**
**MONTGOMERY COUNTY /CITY PERSONEL BOARD a/b/a**
**Montgomery County/City  Personnel Board ( MCC  Personnel Board)**

    *Defendants*

## COMPLIANT  AND JURY TRIAL DEMANDED

**COMES NOW**, the Plaintiffs file this civil action  claim against

the   Defendants City of Montgomery  Major's Office, MGM-DOF,

MGM-DOR, MGM-Courts , MGM-Courts , MGM-Clerk , MGM -NS  ,

MGM- OVP, MGM -Museum, MGM -Zoo, MGM - Special Events,

MGM -Events , MGM-Purchase , MGM -Risk Mgt . MGM -Grants ,

MGM -OIT  , MGM - Sanitary , MGM LRP Planning, MGM LUP

Planning, MGM Transit  Planning ,  MGM Engineering ,  and

MGM  Traffic , MGM -SBOSS, MGM - EDA , MPD , MFFRD,

MGM Comm , MGM-M Transit System , MGM Airport . MGM -Blg

Insp ,  MGM -Electrical  Insp.,  MGM -HVAC  Insp  MGM -Property

Mnt,  and MGM -Blg Mnt ,  MGM -Steet Mnt,  and MCC -EMC,

MCC -Grants, MCC -DOF,  MCC -Engineer, MCC -Bldg Permits,

MCC-Sheriff,   MCC-Probate Court,  MCC-Courthouse , the MCC

Personnel   Dept  and MCC  Personnel Board county and city

government agencies in Montgomery , AL  collectively known as  the

**(MGM Conspirator Defendants) .    The  Plaintiffs seek relief**

**under  the RICO Act , RICO Conspiracy  Act,** VICAR Act and

under 42 U.S.C 51981, 1982, 1983,  1985 of the Civil Rights Act Laws

and Wire fraud (18 U.S.C § 1343 ) , Mail  fraud,(U.S.C. § 1341) ,

4

Computer fraud (18 U.S.C § 1030 ) and Healthcare fraud (18 U.S.C. §

1347) , Honest Service  frauds   (18 U.S.C § 1346)  and Consumer

Fraud  ( Title II of CCPA Act and FCRA Act)  violations  and  violations

under  the Fourteenth Amendment's Equal Protection Clause  and ACA

Act  and violations under  the Title II,  Title VI , Title VII and Title IX

and  INA Civil Rights laws and  violations arising  under  ADA Act

Disability Laws  and the Rehab  Act  and violations under  the LLFA

Act  , the ADEA Act, the HIPPA Act,  the GINA Act , the GLBA Act ,

the SSA Act  and  the  APA Act  , and state  law violations including ,

but not limited to  negligent hiring, retention and negligent   supervision

losses   causing  wages,  pension , healthcare , workers compensation

and  workers compensation benefits losses.  and  losses of tangible  and

intangible   property rights.

## COUNT 1: FEDERAL CAUSE OF ACTION
## ABUSE OF PROCESS  AND MISUSE OF THE LEGAL PROCESS

**1**     **The Plaintiff , Gregory Kelly**,  elderly individual , over 65 years old , whos

suffering from Keratoconus, Glaucoma Blindness in the left eye; multiple lumbar

herniated discs, left hemisphere Transient Ischemic Attack (TIA); and Major

Depressive Disorders, PTSD stress, and reoccurring anxiety disorders caused by

hate crimes, and Gender base violence( GBV) cruelty  crimes.

**2**    **The Plaintiff, Annette B. Kelly**,  resides  in Montgomery, AL, and the Plaintiff is over 65 years old.

**3**    **City of Montgomery, AL  Mayor's Office (Mayor's Office)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**4**    **City  of Montgomery Finance   Department ( MGM-DOF)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**5**    **City  of Montgomery License and Revenue( MGM-DOR)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**6**    **City  of Montgomery Municipal Courts ( MGM- Courts)**  is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**7**    **City  of Montgomery  Clerk Office ( MGM- Clerk)**  is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**8**    **City  of Montgomery Neighborhood Service ( MGM -NS)**  is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**9**    **City  of Montgomery Office of Violence Prevention (MGM- OVP)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**10**    **City of Montgomery Museum of Fine Arts( MGM - Museum)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws

**11**    **City of Montgomery Zoo and Mann Wildlife Museum( MGM -Zoo)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**12**    **City of Montgomery Special Events ( MGM - Special Events )**    is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**13**    **City of Montgomery Sports & Events  ( MGM -Events )** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

7

**14    City of Montgomery Procurement &Purchasing (MGM-Procurement )**
is a FEPAs-government agency  responsible for enforcing state and local
employment-discrimination laws.

**15     City of Montgomery Risk Management  (MGM -Risk Mgt  )** is a FEPAs-
government agency  responsible for enforcing state and local employment-
discrimination laws.

**16    City of Montgomery Grant Department (MGM -Grants)** is a FEPAs-
government agency  responsible for enforcing state and local employment-
discrimination laws.

**17    City of Montgomery Information & Technology Division (MGM -OIT)**
is a FEPAs-government agency  responsible for enforcing state and local
employment-discrimination laws.

**18    City of Montgomery Sanitary Department (MGM - Sanitary )**  is a
FEPAs-government agency  responsible for enforcing state and local employment-
discrimination laws.

**19    City of Montgomery Long Range Planning  (MGM - LRP Plan)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**20    City of Montgomery Land Use Planning (MGM - LUP Plan )** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**21    City of Montgomery Transportation Planning(MGM – Transit Plan)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**22    City of Montgomery Engineering (MGM Engineering )** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**23    City of Montgomery Traffic Engineering  (MGM-Traffic)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**24    Montgomery Small Minority  Business Development (MGM -SBOSS  )** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

25    **City of Montgomery Economic Development Agency(MGM - EDA )** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

26    **City of Montgomery Police Department (MPD  )** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

27    **City  of Montgomery Fire/ Rescue  Department (MFRD)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws

28    **City of Montgomery Communication (MGM Comm)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

29    **City of Montgomery Area Transit System  (MGM-M Transit System)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

30    **City of Montgomery Regional Airport (MGM Airport )** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

10

**31**　**City of Montgomery Building Inspections  (MGM -Blg Insp.)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**32**　**City of Montgomery Electrical Inspections (MGM -Electrical  Inspec.)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**33**　**City of Montgomery Plumbing, Gas & Mechanical Inspection (MGM - HVAC Insp)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**34**　**City of Montgomery Property Maintenance (MGM – Prop Mnt)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws

**35**　**City of Montgomery Building Maintenance  (MGM -Blg. Mnt. )** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

36    **City of Montgomery Street/ Maintenance  (MGM -Steet Mnt. )**   is a
FEPAs-government agency  responsible for enforcing state and local employment-
discrimination laws.

37    **Montgomery City/County EMA  (MCC-EMC)** is a FEPAs-government
agency  responsible for enforcing state and local employment-discrimination laws.

38    **Montgomery County Grants Department  (MCC-Grants)** is a FEPAs-
government agency  responsible for enforcing state and local employment-
discrimination laws.

39    **Montgomery County Finance Department (M CC-DOF)** is a FEPAs-
government agency  responsible for enforcing state and local employment-
discrimination laws.

40    **Montgomery County Engineering  & Environmental Dept(MCC-
Engineering )** is a FEPAs-government agency  responsible for enforcing state and
local employment-discrimination laws.

41    **Montgomery County Building Permits(MCC-Bldg. Permits  )** is a
FEPAs-government agency  responsible for enforcing state and local employment-
discrimination laws.

42      **Montgomery County Sheriff's Office (MCC- Sheriff )** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

43      **Montgomery County Probate Court.  (MCC- Probate Court )**   is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

44    **Montgomery County/City  Courthouse  (MCC-Courthouse )**   is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

45    **Montgomery County/City   Personnel Department ( MCC-MPD )** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

46    **Montgomery County/City  Personnel  Board ( MCC-MPB)** is a FEPAs-government agency  responsible for enforcing state and local employment-discrimination laws.

**47**    FEPAs  state, county and city  government actors have a fiduciary

duty  and obligations   to  send  the Plaintiff(s) reprisal, discrimination,

harassment   and interfering with civil rights  and constitutional rights

complaint to the  U.S  EEOC.

**48    On April 23, 2025, in RICO Act conspiracy  CASE NO**

**03-CV-2025-000121.00 , Kelly vs ADOI state agency** ,   the

MGM Conspirator Defendants and   **more than 458 state agencies**

sought  a permanent injunction  intend to intimidate,  coerce, bully  and

suppress and silence the  Plaintiffs from speaking out about deceitful

and criminal conduct where: **(Ex #1)**

- a) **MGM Conspirator Defendants**  are obtaining  $10s of  Millions
  in Economic Benefit Annually from Compelling Forced Labor
  Disproportionately from Black Alabamians

- b) AI tech giants are   using  secret Non-Disclosure Agreements
  (NDAs)  to keep the public in the dark about the water and
  energy being consumed by    these AI Data Centers

- c) C Spire  and ISPs trespassing  uses  utility easements for retail
  broadband fiber  and for unjust gains

d) Telco  wrongly took FCC Commission  ACP  and COVID-19
   EBB Program subsidies  meant for  poor and low-income
   customers in Alabama

e) A gang of patent thieves  disregarded   the  IP rights  of Black
   scientists, and  robbing Black engineers and scientists  of 10s of
   Billions of Dollars in Generations Wealth.

f) A pattern of reckless  and negligent  acts  for  failing   to
   remediate toxic Capital City Plume (CCP) and for failing   to
   address the coal ash pond that sits along the Mobile River,
   which are "**huge environmental bomb**."

g) Negligent  acts by   failing to protect state workers  and  young
   children  from sexual predators,  and inappropriate content
   which is a  "**huge mental  health  time bomb.**"

h) Deceitful and criminal conduct  where  Service Line Warranties
   of America (SLWA)  partnered  with the City of Montgomery to
   offer home repair service plans, particularly for water and sewer
   lines, **and uses the city's logo in its mailings.** SLWA is  not
   affiliated with the city or Montgomery Water Work Department
   , providing protection against the cost of emergency repairs for
   water and sewer lines.

**49**    The Plaintiffs allege that the  MGM Conspirator Defendants   and their federal  and state government contractors' adverse actions include:

a)  Retaliating for disclosing and reporting information about Defendants  and more than "**100 public employers**" and more than   "575 private employers"  gaining more than $450 million yearly through these state's sponsored modern day slavery programs.

b)  Retaliating  for reporting information about federally funded energy savings performance contracts (ESPCs)contract   frauds  about Smarter Clean Energy   and Heat Recovery, Thermal Storage  Project   at   the RSA Building at **55 Water Street  in New York  City** where Honeywell and Schneider Electric  deceived and mislead federal  and state government officals  about  unmet energy savings promise

**c)**  Retaliating for exposing fraud  under  the  MGM Conspirator Defendants ARRA Act, ARPA Act, CARE  Act, CHIPS,   and IIJA/BILL Act and IRA Act federally funded Programs  **including  the WIOA Act   and 2021 ARPA Act Critical Home Repair( CHR) federally funds**

d)   Retaliating for  exposing RICO Act crimes and criminal wrongdoing under the MGM  Conspirator Defendants   Red Light Traffic Programs with Americar. Traffic  Solution(ATS)

**50**    Plaintiff , Gregory  Kelly ,  filed an EEOC  Commission Complaint

**dated October  16  2025** alleging  that due to MGM   Conspirator Defendants

deceitful and criminal conduct  **under the  RICO Act, the EEO  Act,  the ADA**

**and the Rehab Act law ,**  the  Plaintiffs have  lost employment  opportunities  for

the following City/County jobs listed below:  **(Ex #2)**

  a)  **Small & Minority Development Director  9/10/2025**

  b)  IT Engineer Systems 08/20/2024

  c)  Senior GIS Analyst 06/04/2024

  d)  Planner II 06/04/2024

  e)  Planner I 06/04/2024

  f)  IT Engineer (Systems) 06/04/2024

  g)  Internet Exchange (XI) Engineer 06/04/2024

  h)  Assistant City Engineer 06/04/2024

  i)  **Montgomery County Polling Officials 5/ 29, 2024**

  j)  IT Engineer (Systems) 03/14/2024

  k)  IT Engineer Network/Infrastructure 12/14/2023

  l)  Electronic Systems Engineer 12/14/2023

  m) Assistant City Engineer 12/14/2023

**51**     Due  to recruiting and  hiring fake and wannabe IT Engineers and computer
software  data scientists,   MGM Conspirator Defendants  were forced  to  pay
ransom to  regain files held hostage in cyber attacks.

**52**     The  last aversion action occurred on  **October  27 2025**  when  Plaintiffs'
daughter  was subjected to  reprisal acts  under Title VII's Civil Rights laws which
allow for third-party retaliation claims.

**53**     Since  **January 21, 1998**,  Plaintiffs have subjected to  reprisal
acts  alleging  that MGM Conspirator Defendants   have  established
and pervasive culture of corruption that has metastasized to certain
judges, court appointees, attorneys, and 'professionals' acting at their
direction to extort, defraud, tortiously injure, and deprive citizens of
their constitutional rights for ill-gotten gains. **(Ex #3)**

## COUNT 2: FEDERAL CAUSE OF ACTION
## ENVIRONMENTAL FRAUD AND TOXIC TORT CRIMES
### (Against All MGM Conspirator Defendants)

**54**     At all times relevant to this litigation, the MGM   Conspirator Defendants
owed a fiduciary duty to Plaintiff Kelly, and this fiduciary duty includes preventing
exposure to cancer-causing PFAS, PCE, TCE and DCE chemicals in the cities tap
and ground water which has caused serious health problems to Plaintiff Kelly and
the city and county Montgomery , AL more than 200K residents.

**55**     The exact amount to be proven at trial, arising out of the MGM   Conspirator

Defendants CWA Act and SDWA Act environmental frauds and AHERA Act and

TSCA Act Poisonous Chemicals and toxic asbestos exposure crimes which have

caused harm and injuries to  the Plaintiffs  and **more than 200K city/county**

**Mongomery, AL residents and business owners.**

<u>**COUNT 3: FEDERAL CAUSE OF ACTION**</u>
<u>**RICO ACT ORGAINZED HUMAN TRAFFICKING CRIMES**</u>
<u>**Codified in Title 18, Sections 1961–1968 (18 U.S.C. §§ 1961–1968)**</u>
<u>**(Against All MGM Conspirator Defendants)**</u>

**56**     The  MGM   Conspirator Defendants have willingly participated in these

RICO Act "forced labor schemes" by contracting with prison labor contracting

companies where Black and non-white state inmates on work release usually do

most of the maintenance work at the Oakwood cemetery and at Riverwalk Baseball

Stadium which is the home of the Montgomery Biscuits of the Southern League.

**57**     The  MGM   Conspirator Defendants unlawful actions were directly

motivated by  the Plaintiffs' protected speech for speaking out about "forced

labor" and "modern day slavery" schemes and the Defendants inhuman business

practices where state inmates on work release usually do most of the maintenance

work **at the Oakwood cemetery and at Riverwalk Baseball Stadium which is**

**the home of the Montgomery Biscuits of the Southern League.**

**58**　　　Due to these forced labor schemes and exposing these inhuman business practices by the MGM   Conspirator Defendants,  the Plaintiffs are  entitled to actual damage, compensatory damages, punitive damages, injunctive relief, any combination of those, or any other appropriate relief.

**59**　　　Thus, the MGM   Conspirator Defendants  are liable for these RICO Act "forced labor schemes and damages to Plaintiff Kelly for more than $15. 5 million dollars for compensatory damages and in excess of $45.5 million dollars in punitive damages.

**60**　　　The exact amount to be proven at trial, arising out of the   MGM Conspirator Defendants  environmental toxic tort crimes and asbestos exposure crimes which have caused injuries and harm to Plaintiffs Kelly.

**COUNT 4: FEDERAL CAUSE OF ACTION**
**RICO ACT CRIMES BY A PATTERN OF RACKETEETING**
**Codified at 18 U.S.C. §§ 1961-1968, -at least two "Predicate Acts"**
**(Against All MGM Conspirator Defendants)**

**61**　　　The MGM   Conspirator Defendants are each an enterprise within the meaning of 18 U.S.C. § 1961(4).

**62**　　　The  MGM   Conspirator Defendants are each an individual, members and/or associates' enterprise, and each of these Defendants have  engaged in a pattern of racketeering.

**63**     The MGM   Conspirator Defendants  alleged RICO Act crimes by and through a pattern of racketeering consisting of mail, wire, radio, television, tax, healthcare, insurance and pension benefit frauds.

**64**     In this alleged RICO Act Ring, the MGM   Conspirator Defendants have committed RICO Act crimes by and through a pattern of racketeering and federal grant frauds via the **Federal Stimulus ( ARRA Act, ARPA Act and CHIPS Act) and Federal Infrastructure (IIJA Act , CHIPS Act and IRA Act)**

**65**     The  MGM   Conspirator Defendants have conspired in "bad- faith" acts by reneging on Federal Stimulus ( ARRA Act, ARPA Act and CHIPS Act) and Federal Infrastructure (IIJA Act , CHIPS Act and IRA Act) government contracts due to the state's Proof of Citizenship (POC) requirements.

**66**     In this alleged RICO ( forced labor crimes) act,  the MGM   Conspirator Defendants have committed financial extortion and exploitation abuses, committed TVP A Act human trafficking crimes and conspiracy to commit such acts.

**67**     The MGM   Conspirator Defendants engaged  racketeering conspiracy, including the concealment and cover up  force labor human trafficking crimes.

**68**     The Defendants knew or should have known not to continue to dupe, deceive and defraud the U.S Government and to continue to exploit the Plaintiffs by filing making false statements and making slandering and disparaging remarks to support their retaliatory blacklisting crimes against the Plaintiffs

21

**69**    As a result of such outrageous conduct, actions and acts   the Plaintiffs have

suffered injury to their  good name and loss property rights in their county and

city job(s) and the Defendants' retaliatory blacklisting crimes have caused the

Plaintiff humiliation ,pain and suffering , and the Plaintiffs have  lost generational

wealth due to retaliatory blacklisting crimes.

**70**    Thus , the Plaintiffs are  entitled to all damages associated with injuries to

their property rights in his state job( s) , **treble (3X) damages**, and other damages

**71**    Accordingly, the  MGM  Conspirator Defendants are liable for

environmental frauds and environmental toxic tort damages to Plaintiff Kelly for

more than $15. 5 million dollars for compensatory damages and in excess of $45.5

million dollars in punitive damages.

### COUNT 5: FEDERAL CAUSE OF ACTION RICO ACT CRIMES BY A PATTERN OF RACKETEETING CAUSED INJURIES TO THE PLAINTIFF (Against All MGM Conspirator Defendants)

**72**    At all relevant times,  the  MGM  Conspirator Defendants alleged

outrageous conduct and reckless disregard of the rights, safety and interests of the

Plaintiffs property rights in his county and city job( s) and financial interests, of

Plaintiffs, and the  MGM  Conspirator Defendants pattern of racketeering caused

damage to the Plaintiff.

**73**    As a result, MGM  Conspirator Defendants pattern of racketeering which

harmed and injured the Plaintiffs,  and the Plaintiffs are  entitled to all damages

associated with injuries to their  business or property, treble damages, attorney's

fees, disgorgement of profits, and other equitable.

**74**    Thus , the MGM  Conspirator Defendants are liable for their RICO Act

( polluting - for profit) and environmental toxic tort damages and other harm to the

Plaintiffs  for more than $15. 5 million dollars for compensatory damages and m

excess of $45.5 million dollars in punitive damages.

## COUNT 6:FEDERAL CAUSE OF ACTION
## CONSPIRACY UNDER 31 U.S.C 3729
### (Against ALL Defendants)

**75**    The MGM  Conspirator Defendants in concert with their principles, agents ,

employees and government contractors did agree to attest, confirm, tender and

submit false claims and fraudulent attestations describes herein to the U.S

Government , and U.S Government in fact paid those false claims.

**76**    The  MGM  Conspirator Defendants in concert with their principles, agents

and employees acted by and through the conduct described supra, with the intent to

defraud the U.S. Government by submitting false claims and records to get paid.

**77**    The Plaintiffs seek judgement in their  favor on behalf of the U .S

Government against the  MGM  Conspirator Defendants in an amount equal to

treble damages sustained by reason of the Defendants conduct.

**78**    The  MGM  Conspirator Defendants conduct and their principles, agents,

employees and other institutions together with civil penalties as permitted by 31

U.S.C. §§ 3729, attorney's fees, costs, interest, and such other further, or different

relief to which the Plaintiff -Realtor may be entitled.

**79**    Thus , the MGM  Conspirator Defendants are liable for their RICO Act

( polluting - for profit) and environmental toxic tort damages and other harm to the

Plaintiffs for more than $15. 5 million dollars for compensatory damages and in

excess of $45.5 million dollars in punitive damages.

## COUNT 7: FEDERAL CAUSE OF ACTION
### Violation of the Trafficking Victims Protection Act (TVPA), 18 U.S.C. §1589
### (Against All MGM Conspirator Defendants)

**80**    The TVPA  provides a private cause of action against anyone who

"knowingly benefits, financially or by receiving anything of value, from

participation in a venture which has engaged in the providing or obtaining of labor

or services by any of the means  knowing or in reckless disregard of the fact that

the venture has engaged in the providing or obtaining of labor or services by any of

such means …." 18 U.S.C. §1589(b).

**81**    The MGM   Conspirator Defendants   knowingly obtained, provided, and financially benefited from the labor or services from  marginalized individuals    by means of force, threats of force, physical restraint, economic duress, and threats of physical restraint directed to those persons.

**82**    The MGM   Conspirator Defendants   and their Enterprise members knowingly obtained, provided, and financially benefited from the labor or services from  vulnerable  and marginalized   by means of the abuse or threatened abuse of law or legal process, including in particular by abusing the workplace rules  by and through overt and covert  racially discriminatory and arbitrary, capricious, flagrant, and unauthorized denial of lawful salary  reviews and job audits deny  and delay pay raises and job promotions , in a manner contrary to the purpose for which the state merit system  laws, rules and regulations  was designed, for the purpose of ensuring the availability of competent  labor  and workforce for the State of Alabama

**83**    As a result, Defendants' racially discriminatory and arbitrary, capricious, and unauthorized denial of lawful , the Plaintiffs are entitled to all damages associated with injuries to their  business or property, treble damages, attorney's fees, disgorgement of profits, and other equitable.

## COUNT 8 FEDERAL CAUSE OF ACTION
## VIOLATIONS  UNDER TITLE III OF THE ADA ACT
### (Discrimination when Receiving Federal Funds, 42 U.S.C. § 12131)
### (Against All MGM Conspirator Defendants

**84**    **Title III  of the ADA Act requires that  Harriot II Riverboat**  ensure that

individuals with disabilities are provided an equal opportunity to participate in or

benefit from its goods and services under  42 U.S.C. § 12182(a) and 28 C.F.R. §

36.201(a).

**85**    The Plaintiffs are  persons with a disability within the meaning of 42 U.S.C.

§ 12182 because they  have  impairments, that substantially limits the major life

activities of performing manual tasks.

**86**    As a result of the MGM   Defendants' discriminatory actions, acts  and

conduct under the Title III of the ADA, 42 U.S.C. § 12182,  the Plaintiffs have

suffered and continues to suffer harms, including emotional distress, mental

anguish, pain and suffering, frustration, and humiliation.

## COUNT 9: FEDERAL CAUSE OF ACTION
## VIOLATIONS  UNDER TITLE III OF THE ADA ACT
### (Discrimination when Receiving Federal  Funds, 42 U.S.C. § 12131)
### (Against All MGM Conspirator Defendants

**87**    **Title III  of the ADA Act requires that  the  Gateway Park and Lagoon**

**Park Golf Courses** ensure that individuals with disabilities are provided with an

equal opportunity to participate in or benefit from its goods and services. 42 U.S.C. §

12182(a) and 28 C.F.R. § 36.201(a).

**88** The Plaintiffs are persons with a disability within the meaning of 42 U.S.C. § 12182 because they have impairments, that substantially limits the major life activities of performing manual tasks.

**89** As a result of the MGM Defendants' discriminatory actions, acts and conduct under the Title III of the ADA, 42 U.S.C. § 12182, the Plaintiffs have suffered and continues to suffer harms, including emotional distress, mental anguish, pain and suffering, frustration, and humiliation.

### COUNT 10: FEDERAL CAUSE OF ACTION VIOLATIONS UNDER TITLE II OF THE ADA ACT (Discrimination when Receiving Federal Funds, 42 U.S.C. § 12131) (Against All MGM Conspirator Defendants

**90** The MGM Conspirator Defendants' 2011 HB-56/HB-658 mandates included several mandates criticized as "draconian" due to their harsh and far-reaching impacts on victims and survivors of hate crimes.

**91** The conduct, and actions of the MGM Defendants, entities received and /or receiving federal funds, in intentionally taking averse actions against the Plaintiffs as survivors and victims of hate crimes and GBV (gender-based violence) cruelty crimes constitute disability discrimination in violation of Title II of the ADA Discrimination Act, 42 U.S.C. § 12131.

## COUNT 11: FEDERAL CAUSE OF ACTION
## VIOLATIONS  UNDER TITLE I OF THE ADA ACT
## TITLE I  ADA Act ( Employment  Discrimination 42 U.S.C. § 12111)
## (Against All MGM Conspirator Defendants)

**92**    Title I of the ADA  Act prohibited the  MGM   Conspirators Defendants

from discriminating against  the Plaintiff , as qualified individuals , with

disabilities in job application procedures, hiring, firing,  compensation, job

training, and other terms, conditions, and privileges of employment.

**93**    The actions and acts  of the MGM   Defendant, entities received and /or

receiving federal funds, in discrimination against the Plaintiffs because of his

physical, mental and sensory disabilities constitute unlawful discrimination under

Title I of the ADA  Act, codified in  42 U.S.C. § 12111

## COUNT 12: FEDERAL CAUSE OF ACTION
## SECTION §508  OF THE REHAB ACT (29 U.S.C.§794d)
## (Against All MGM Conspirator Defendants)

**94**    Section 508 of the Rehab Act  applies to websites, software, hardware, and

digital content like PDFs and videos, requiring adherence to technical standards set

by  the W3C Web Content Accessibility Guidelines (WCAG) 2.0.

**95**    The  MGM Conspirators Defendants    have violated  Section §508  of the

Rehab  Act when the MGM Conspirators Defendants    failed to mail and send

insurance  policy  notices in an accessibility   and readable  format, **such as**

**bold  and large text format (14pt bold or 18pt regular).**

**96**    The actions  of the MGM Conspirators Defendants  entities received and /or

receiving federal funds constitute unlawful discrimination  acts against the

Plaintiffs  in violation of Section §508   of the Rehab Act of 1973, 29 U.S.C.§794d

### COUNT 13: FEDERAL CAUSE OF ACTION
### SECTION §504  OF THE REHAB  ACT (29 U.S.C.§794)
### (Against All MGM Conspirator Defendants)

**97**    The conduct, actions and inactions of the MGM Conspirator Defendants  ,

entities   who have  received and /or receiving federal funds, in discrimination

against the Plaintiffs because of their disabilities and/or perceived disabilities

constitute unlawful discrimination in violation of Section §504 of the Rehab Act of

1973, 29 U.S.C.§794.

## COUNT 14: FEDERAL CAUSE OF ACTION
## TITLE VI RACIAL DISCRIMINATION (42 U.S.C. §§2000d, et,seq.)
## (Against All MGM Conspirator Defendants)

**98**    The actions of the MGM Conspirator Defendants , an entity received and

/or receiving federal funds, in taking averse actions against the Plaintiffs

survivors victims of hate crimes motivated by sex, race, color, disabilities and

GBV (gender-based violence) crimes constitute unlawful racial discrimination in

violation of the Civil Rights Act of 1964, 42 U.S.C §§2000d, et, seq.

**99**    As a result of the MGM Conspirators Defendants actions, acts and

conduct under 42 U.S.C §§2000d, et, seq. of the Title VI Civil Rights Act 1964,

the Plaintiffs have suffered and continues to suffer harm, including mental

anguish, pain and suffering, frustration, and humiliation.

## COUNT 15: FEDERAL CAUSE OF ACTION
## TITLE IX SEX DISCRIMINATION (Code at 20 U.S.C. §§ 1681 et seq)
## (Against All MGM Conspirator Defendants)

**100**    The conduct and actions of the MGM Conspirator Defendants Defendant,

an entity received and /or receiving federal funds, in intentionally taking averse

actions against the Plaintiffs survivors of hate crimes motived by sex, race, color,

disabilities and GBV (gender-based violence) crimes constitute unlawful

discrimination under 20 U.S.C. §§ 1681 et seq of the Title VI Civil Rights Act

**101**    As a result of the MGM   Conspirators Defendants  actions, inactions,  acts
and conduct under 42 U.S.C §§2000d, et, seq. of the Civil Rights Act of 1964,   the
Plaintiffs have   suffered and continues to suffer harm.

## COUNT 16: FEDERAL CAUSE OF ACTION
### VAWA ACT (   18 U.S.C. 2261 - Interstate Domestic Violence)
### (Against All MGM Conspirator Defendants)

**102**    The VAWA act providers  federal funds to states, local governments, tribes,
and nonprofits to combat domestic violence, dating violence, sexual assault, and
stalking by funding victim services, law enforcement training, prosecution efforts,
prevention programs, and housing assistance

**103**    The conduct and actions of the MGM   Conspirators Defendants  , an entity
received and /or receiving  federal funds, in intentionally taking  averse actions
against the Plaintiffs  survivors' victims   of hate crimes motived  by sex, race,
color, disabilities and GBV (gender-based violence) crimes constitute   unlawful
racial discrimination  in violation  of 18 U.S.C. 2261 of the VAWA Act.

## COUNT 17: FEDERAL CAUSE OF ACTION
### VAWA ACT ( 18 U.S.C. 2261A – Stalking  & Harassing
### (Against All MGM Conspirator Defendants)

**104**    the Plaintiffs   aver  and allege  that U.S.C. 2261A covers stalking  and
harassing as a federal crime, making it illegal to engage in activities that place a
person in reasonable fear of death or serious bodily injury (to themselves, their
loved ones, or even their pets) or cause substantial emotional distress.

**105**   The conduct and actions of the MGM   Conspirators Defendants  , an entity

received and /or receiving  federal funds, in intentionally taking  averse actions

against the Plaintiffs  survivors' victims   of hate crimes motived  by sex, race,

color, disabilities and GBV (gender-based violence) crimes constitute   unlawful

racial discrimination  in violation  of 18 U.S.C. 2261A of the VAWA Act.

### COUNT 18:  FEDERAL CAUSE OF ACTION
### RACIAL DISCRIMINATION UNDER 42 U.S.C. 1981
### (Against All MGM Conspirator Defendants)

**106**   The MGM   Conspirators Defendants    have violated 42 U.S.C. §§ 1981by

denying and cancelling the Plaintiff's insurance policies  , who is a U.S Black  U.S

Citizens, the  rights to purchase and buy insurance contracts.

**107**   The  MGM   Conspirators Defendants    acts, actions  and conduct  were

motivated  by  the  Defendants   race,  color, religion and animus  against   hate

crime and  GBV (gender-based violence) survivors  and   victims.

**108**   Therefore, the  MGM   Conspirators Defendants    are in violation of 42

U.S.C. 1981, the Plaintiffs pray for actual damages, equitable, and recovery of

costs and attorney fees against the Defendants for violations under 42 U.S.C. 1981.

## COUNT 19: FEDERAL CAUSE OF ACTION
## DISABILITY  DISCRIMINATION  VIA WIOA ACT, 29 CFR Part 38.
## (Against All MGM Conspirator Defendants)

**109**   Section 188 of the WIOA Title I programs, prohibiting discrimination based

on race, color, religion, sex, national origin, age, disability, or political affiliation or

belief. It ensures equal access to all WIOA services, with specific regulations (29

CFR Part 38) outlining standards, procedures for enforcement, and remedies for

violations, including potential termination of federal funding

**110**   The conduct and actions of the MGM  Conspirators Defendants

Defendant, an entity that received and /or receiving  federal funds, intentionally

taking averse actions against the Plaintiffs  as survivors' victims  of hate crimes

and GBV (gender-based violence) crimes  and cruelties  constitute  unlawful

disability  discrimination  in violation  of the WIOA Act , 29 CFR Part 38.

## COUNT 20: FEDERAL CAUSE OF ACTION
## RACE  DISCRIMINATION  UNDER  THE  WIOA ACT,
## (Against All MGM Conspirator Defendants)

**111**   The actions  and acts  of the MGM  Conspirators Defendants      entities

that received and /or receiving  federal funds, taking  averse actions against the

Plaintiffs  due to  unlawful race  discrimination  in violation  of the WIOA Act ,

29 CFR Part 38.

## COUNT 21: FEDERAL CAUSE OF ACTION
## POLITICAL DISCRIMINATION UNDER THE WIOA ACT,
### (Against All MGM Conspirator Defendants)

**112**    The actions and acts and conduct of the MGM Conspirators Defendants

entities that received and /or receiving federal funds, taking averse actions

against the Plaintiffs due to political discrimination in violation of the WIOA

Act , 29 CFR Part 38.

## COUNT 22: FEDERAL CAUSE OF ACTION
## DISABILITY DISCRIMINATION UNDER THE WIOA ACT,
### (Against All MGM Conspirator Defendants)

**113**    The actions and acts and conduct of the MGM Conspirators Defendants

entities that received and /or receiving federal funds, taking averse actions

against the Plaintiffs due to disability discrimination in violation of the WIOA

Act , 29 CFR Part 38.

## COUNT 23: FEDERAL CAUSE OF ACTION
## AGE DISCRIMINATION UNDER THE WIOA ACT,
### (Against All MGM Conspirator Defendants)

**114**    The actions and acts and conduct of the MGM Conspirators Defendants

entities that received and /or receiving federal funds, taking averse actions

against the Plaintiffs due to age discrimination in violation of the WIOA Act ,

29 CFR Part 38.

## COUNT 24: FEDERAL CAUSE OF ACTION
## DENIAL OF EQUAL PROTECTION CLAUSE
### ( 14th Amendment and U.S Constitution Violations )
### (Against All MGM Conspirator Defendants)

**115**   The Plaintiffs, on account of their race and color and disabilities, were

treated differently from the  MGM  Conspirator Defendants   , similarly situated

white employees and/or  ex-employees  , and the Plaintiffs were  denied equal

protection of the law.

**116**   The MGM  Defendants' white employees were not subject to strict scrutiny

and intrusive conduct due to  their   race, color, age, sex ID, abuse status  and being

survivors of  GBV motivated hate crimes and acts of malicious vandalism.

**117**   The MGM  Conspirators Defendants treated the   Plaintiffs differently from

similarly situated white employees and formal  state employees   by denying the

Plaintiffs equal protection of the law.

**118**   Thus, the  MGM  Conspirators Defendants are  liable for race and ethnicity

discrimination acts and for violations arising under the Equal Protection Clause of

the Fourteenth Amendment to the U.S Constitution.

## COUNT 25:FEDERAL CAUSE OF ACTION
## DENIAL OF DUE PROCESS RIGHT
## ( 14th Amendment and U.S Constitution Violations )
## (Against All MGM Conspirator Defendants)

**119**    The  Plaintiffs were denied guaranteed rights  under  the 14th Amendment

which demands that the Conspirators Defendants  give and provide proper

notice(s)  of the impending action, an opportunity to the   Plaintiffs to present their

side of the story  in a fair hearing,  before an impartial tribunal.

**120**    The MGM   Conspirators Defendants' malicious actions and acts and

conduct constitute denied  of guaranteed   "Due Process Rights"  under  the 14th

Amendment to the Constitution of the United States.

**121**    Thus, the MGM   Conspirators Defendants are  liable for race and ethnicity

discrimination acts and for violations of  Due Process Rights which are under  the

Fourteenth Amendment to the U.S Constitution.

## COUNT 26:FEDERAL CAUSE OF ACTION
## DEPRIVATION OF RIGHT UNDER THE COLOR OF LAW
## ( Title  18, U.S.C Sections 242 )
## (Against All MGM Conspirator Defendants)

**122**    The MGM   Conspirators Defendants' and more than 458 state agencies

acting under color of any law to willfully deprive the  Plaintiffs of a right or

privilege protected by the Constitution or laws of the United States.

**123**   The MGM   Conspirators Defendants' acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected to the Plaintiffs to different punishments, pains, or penalties, on account of the Plaintiffs color and/ or race.

**124**   Thus, the MGM   Conspirators Defendants are liable for race and ethnicity discrimination acts and for violations under Title 18, U.S.C Sections 242 for depriving the Plaintiffs of their constitutional rights under federal law.

**COUNT 27: FEDERAL CAUSE OF ACTION**
**Title 18, U.S.C., Section 245 - Federally Protected Activities**
**(Against All MGM Conspirator Defendants)**

**125**   The MGM   Conspirators Defendants' and more than 458 state agencies willfully interfering with the Plaintiffs' participation in specific "federally protected activities" through force or threats, motivated by race, color, religion, or national origin.

**126**   When acting under the color of law, the MGM   Conspirators Defendants' and more than 458 state agencies willfully interfering with the Plaintiffs' the voting rights , attending public schools and colleges , using public facilities, seeking employment and contracting opportunities , and a traveler or user of any facility of interstate commerce or common carrier uon the account of the Plaintiffs' race, color, religion, or national origin.

**127**    MGM   Conspirators Defendants and more than 458 state agencies

unlawful  conduct,  actions  and acts constitute discrimination  under  fedeal law

and Title 18, U.S.C., Section 245 - Federally Protected Activities.

**COUNT 28: FEDERAL CAUSE OF ACTION**
**42 U.S.C 1983 FIRST AMENDMENT  RETALIATION**
**(Against All MGM Conspirator Defendants)**

**128**    The  MGM  Conspirator Defendants and  more than 458  state agencies

slandered  and smeared  the Plaintiff's' good name and reputation  because  the

Plaintiffs  **exposed the Defendants utility  and insurance rate formulas as**

**fraudulent tools and instruments  used to cheat ratepayers**

**129**    Under  the federal  DTSA Act , the state's Big Utility  and Insurance

companies  attempted to classify  rate setting formulas  as  state  **trade secrets** and

attempted  to shield  rate setting formulas  from  the public view.

**130**    When Plaintiff Gregory Kelly  **"refused to treat"**  these  manipulated  and

rigged rate formulas  as Intellectual property  ( IP)  and/ or state trade secrets and

sign  NDAs" agreements, the MGM  Conspirator Defendants and their  employees

slandered  and smeared  the Plaintiffs good name and reputation

**131**   Plaintiff Gregory Kelly  was terminated   from state government  by the MGM  Conspirator Defendants because   the Plaintiff  did not keep   these manipulated and rigged rate formulas  as  state  trade secrets  and the Plaintiff disclosed this confidential data in his whistleblowers' complaints .

**132**   As a result of the MGM   Conspirator Defendants  conduct and  actions, Plaintiffs  have suffered injuries and damage  to the Plaintiffs' business property, and tangible  and intangible  property  rights **with  treble (3x) damages**, attorney's fees, disgorgement of profit.

**COUNT 29: FEDERAL CAUSE OF ACTION**
**Violations  of the Supremacy Clause, of the U.S. Constitution**
**found in Article VI, Clause 2 of the U.S. Constitution**

**133**   When federal  and state law APA law  conflict, the  federal APA laws  takes precedence due to  Supremacy Clause in Article VI of the U.S. Constitution.

**134**   The MGM   Conspirators Defendants were  using,  employing   the old, outdated  and racist  and bias and discriminatory    state APA laws to usurp federal APA law  which constitute   violations  under the Supremacy Clause in Article VI of the U.S. Constitution, a principle known as federal preemption.

**135**   As a result of the MGM   Conspirator Defendants  reckless actions and wantonness conduct under  the Supremacy Clause in Article VI of the U.S. Constitution,  the Plaintiffs are  entitled to all damages associated with the injuries

and damage to the Plaintiffs business property, and tangible and intangible property rights **with treble (3x) damages**, attorney's fees, disgorgement of profits, and other equitable relief.

## COUNT 30: FEDERAL CAUSE OF ACTION
### INA Document Abuse and Discrimination
### (Against All MGM Conspirator Defendants)

**136** The MGM Conspirators Defendants **ONLY ACCEPTED** certain state issued DLNs and certain state issued DLNs and certain issued state ID cards **"DID NOT"** qualify as a document to be used as **"proof of citizenship,"** and "**proof of immigration" and/or "proof of residential"** statues per the state's 2011 HB-56/HB-658 law requirements.

**137** The MGM Conspirators Defendants are rejecting ITINs numbers, **and "ONLY ACCEPTING" Federal SSNs, certain state issued DLNs, and certain state issued IDs cards** for auto, life, and home mortgage insurance contacts, which constitute INA Act Citizenship status discrimination.

**138** The MGM Conspirators Defendants are liable for the Plaintiffs' personal injuries, financial harm and other economic damages for discrimination actions for immigration-related businesses contracting policies.

## COUNT 31: FEDERAL CAUSE OF ACTION
## SUPPRESSION, FRAUD AND DECIT CLAIMS
## (Against All MGM Conspirator Defendants)

**139**    **Under the ARRA Act, ARPA Act, CARE Act , CHIPS and IIJA/BILL**

**Act and IRA Act** and the Defendants home warranty contractors (HWC) and

federal fund ESPC Program, the MGM Conspirators Defendants misrepresented .

omitted  sand suppressed  the facts these federal funds were misdirected  for

personal use by  the  MGM Conspirators Defendants.

**140**    Due to negligent hiring, retention and promotion employment policies , the

MGM Conspirators Defendants  proper  financial  and bookkeeping activities

were  really virtually non-existent due to  sloppy acceptable accounting

principles, primarily because there's no one trained or experienced in those

principles related to proper  use  of ARRA Act, ARPA Act, CARE  Act ,

CHIPS  and IIJA/BILL Act and IRA Act  federal funds and monies

**141**    The  MGM Conspirators Defendants  fraudulent actions and acts  described

above resulted in games to U.S Government and  the Plaintiffs' as U.S Taxpayers

equal to the amount paid by U.S Government and  the Plaintiffs' as U.S Taxpayers

as result  the  MGM Conspirators Defendants  fraudulent claims, and  together with

the cost of resources diverted as a result of  MGM Conspirators Defendants

deceitful   and  criminal conduct.

41

## COUNT  32:  FEDERAL CAUSE OF ACTION
## VIOLATIONS of 18 U.S.C. § 1343 CLAIMS
### (Conspiring in  Wire Frauds  via the Internet,   TV, Radio , Emails or Cell Phone  Calls which constitute violation of 18 U.S.C. § 1343.
### (Against All MGM Conspirator Defendants)

**142**    The MGM  Conspirators Defendants    committed violations    under 18

U.S.C. § 1343  and wire fraud by sending  false ARRA Act, ARPA Act, CARE  Act

, CHIPS  and IIJA/BILL Act and IRA Act documents,  reports and  invoices by

using interstate  wire, internet , telephone  and/or cell phone  communication

systems  to execute a scheme to defraud.

**143**    The  MGM  Conspirators Defendants and  their government contactors

such as home warranty  contractors (HWC)   and fake and phony US -SBA MBE

contractors have filed reports via emails, cell phone, telephone calls and internet

communication systems which constitute violation of 18 U.S.C. § 1343.

## COUNT 33: FEDERAL CAUSE OF ACTION
## VIOLATIONS of 18 U.S.C. § 1341 CLAIMS
### (Conspiring in  Mail Frauds  by and   through use of U.S mail system )
### (Against All MGM Conspirator Defendants)

**144    Under  the ARRA Act, ARPA Act, CARE  Act , CHIPS  and IIJA/BILL**

**Act and IRA Act** and  the Defendants  home warranty  contractors (HWC)  and

federal fund ESPC Program,  the MGM Conspirators Defendants  sent  and

received false  and fraudulent reports, documents  and  billing invoices  by and

through the U.S mail system which constitute violation of 18 U.S.C. § 1341.

**145**    Thus, the MGM Conspirators Defendants    have committed frauds by and through use of the  U.S mail system which constitute violation of 18 U.S.C. § 1341( wire fraud).

## COUNT 34: FEDERAL CAUSE OF ACTION
### VIOLATIONS OF 18  U.S.C. § 1030 (Computer Trespassing Fraud)
### (Against All MGM Conspirator Defendants)

**146**    The  Plaintiffs aver  the modern smart digital equipment  like  Wi-Fi utility meters  , digital cameras  and HVAC home wireless equipment,  all fall under the broad definition  for  "protected computer" under the CFAA Act.

**147**    **The  Plaintiffs additionally aver  that  the CFAA Act  and  ECPA Act data privacy and security  laws**  apply to smart meter data, potentially requiring law enforcement to obtain warrants for access to this sensitive information, but its application is complicated by the third-party doctrine and the private nature of utility companies.

**148**    The MGM Conspirators Defendants  and Enterprise members  were snooping and spying on the Plaintiffs' smart utility meters, cell phones   and  smart cars looking  for incriminating  evidence against the  Plaintiffs to smear and besmirch the   Plaintiffs' good name.

**149**    Thus, the   MGM Conspirator Defendants  have committed   computer frauds which constitute violation of 18 U.S.C. § 1030 which  caused the Plaintiffs to suffer harm, injures   and financial damage.

## COUNT 35: FEDERAL CAUSE OF ACTION
## VIOLATIONS OF ECPA ACT
### U.S. Code at 18 U.S.C. §§ 2510 et seq
### (Against All MGM Conspirator Defendants)

**150**    The   Plaintiffs claim the ECPA  Act which  protests and safeguards

electronic communications from unauthorized interception and access, covering

emails, texts, and calls and other electronic communications connected  to the U.S

communication and internet systems

**151**    The   Plaintiffs also aver   that the  CFAA targets **computer system**

**intrusions**, whereas the ECPA addresses **communication privacy**; both provide

legal recourse for violations and are foundational laws for cybercrime and data

privacy.

**152**    Due to  snooping and spying on the Plaintiffs' smart utility meters, cell

phone records,  the MGM Conspirators Defendants acts and actions constitute

violations  the ECPA  Act codified in the **U.S. Code at 18 U.S.C. §§ 2510 et seq.,**


## COUNT 36: FEDERAL CAUSE OF ACTION
## VIOLATIONS OF 18 U.S.C. § 1346  ( HONEST SERVICE   FRAUD)
### (Against All MGM Conspirator Defendants)

**153**    Due  to deceitful and criminal conduct**,**  the  MGM Conspirators

Defendants  and Enterprise  members  have committed multiple acts of honest

services fraud as described under federal statute 18 U.S.C. 1346.

**154**    The MGM  Conspirators Defendants and   the Defendants' business

associate's honest services fraud schemes which  caused the Plaintiffs to suffer

harm, injures   and financial damage.

### COUNT 37: FEDERAL CAUSE OF ACTION
### Title III  CONSUMER CREDIT PROTECTION ACT  VIOLATIONS
### Refusing to hire and/or rehire  due to  Bankruptcy Court Filings
### (Against All MGM Conspirator Defendants)

**155**    The  MGM Conspirators Defendants' AL-APA Act administrative laws also

violated Section 525 of the U.S. Bankruptcy Code.

**156**    Due to  MGM Conspirators Defendants'  violations under Title III of the

CCPA Act  and  Section 525 of the U.S. Bankruptcy Code,  the     Plaintiff suffered

employment discrimination since 1998 due  to  U.S. Bankruptcy filings

**157**    As a result of the MGM Conspirator Defendants'  reckless actions and

wantonness  conduct,  the Plaintiffs are  entitled to all damages associated with

injuries and damage  to the Plaintiffs business property, and tangible  and

intangible  property  rights **with  treble {3x} damages**, attorney's fees,

disgorgement of profits, and other equitable relief.

## COUNT 38: FEDERAL CAUSE
## TITLE VII DISPARATE IMPACT VIOLATIONS
### Refusing to hire and/or rehire due to FICO score
### (Against All MGM Conspirator Defendants)

**158**    The MGM Conspirator Defendants have refused to hire the Plaintiffs'

based on their FICO score which **constitute violations under FCRA Act.**

**159**    The MGM Conspirators Defendants' snooped, spied and look-into

Plaintiff credit report without written consent from the Plaintiffs .

**160**    In the Defendants' employment and contracting Blacklisting schemes ,

the MGM Conspirator Defendants and more than 458 state agencies use

arbitrary, capricious and fraudulent and discriminatory "criminal scores" and

criminal records and arrest records to refuse to hire and/or rehire the Plaintiffs.

## COUNT 39: FEDERAL CAUSE OF ACTION
## TITLE VII DISPARATE IMPACT VIOLATIONS
### Refusing to hire and/or rehire due to Criminal Score
### (Against All MGM Conspirator Defendants)

**161**    The MGM Conspirators Defendants refused to hire or rehire the Plaintiffs

based on a "criminal score" from a third-party background screening service **and**

**the findings led to an adverse hiring decision.**

**162**    The MGM Conspirators Defendants' actions and actions constitute

serious violations under the FCRA Act.

## COUNT 40: FEDERAL CAUSE OF ACTION
## TITLE VII DISPARATE   IMPACT VIOLATIONS
### Refusing to hire and/or rehire  due to  Poor Driving Records
### (Against All MGM Conspirator Defendants)

**163**   The  MGM  Conspirators Defendants  and more than 458 state agencies

have refused to hire or rehire the    Plaintiff based on third-party background

screening company to obtain a motor vehicle report (MVR) and the findings led to

an adverse hiring decision.

**164**   The  MGM  Conspirators Defendants' actions and actions  constitute serious

violations under  the  FCRA Act.

## COUNT 41:  FEDERAL CAUSE OF ACTION
## WILLFUL AND DELIBERATE  NONCOMPLIANCE WITH
### FCRA ACT  15 U.S.C §§ 1684b(c),1681n
### ((Against All MGM Conspirator Defendants)

**165**   The   MGM Conspirators Defendants have failed  to conduct a proper

investigation and send correct information or delete the inaccurate information on

the Plaintiffs employees  background check reports   from third-party entities  such

as motor vehicle report (MVR) and CRA agencies

**166**   The  ADOW Conspirators Defendants    also failed to delete disputed

unverified information employees  background checks  such as motor vehicle

report (MVR) and CRA agencies and other third-party entities.

**167**    The  MGM Conspirators Defendants  actions described   above constitute willful violations within the statutory meaning of the FCRA Act   15 U.S.C §§ 1684b(c),1681n .

**168**    The  MGM Conspirators Defendants abusive actions, acts and conduct constitute a pattern and practice  of  violations  under  the    FCRA Act   15 U.S.C §§ 1684b(c),1681n violations have caused Plaintiffs to suffer harm, injures   and financial damages.

**COUNT 42: FEDERAL CAUSE OF ACTION**
**NELIGENT NONCOMPLIANCE WITH  FCRA ACT**
**15 U.S.C §§ 1684b(c), 1684o**
**(Against All MGM Conspirator Defendants)**

**169**    The  MGM  Conspirators Defendants and more than 458 state agencies have violated sections 1681b(c) and 1681o of the FCRA Act by sharing, selling, trading and distributing the Plaintiffs' consumer report information to others without prior consent and permission from the Plaintiffs.

**170**    The MGM  Conspirators Defendants and more than 458 state agencies wantonness actions and acts constitute negligent and non-compliance   violations under Sections 1681b(c) and 1681o of the FCRA Act

**171**    The  MGM  Conspirators Defendants and more than 458 state agencies 'breach of their duties caused finance harm to the Plaintiffs and the Plaintiffs privacy interest protected by the FCRA Act.

**172**   The MGM   Conspirators Defendants and more than 458 state agencies

pattern of violation under the FCRA Act sections 1681b(c) and 1681o have caused

the Plaintiffs to suffer financial damages.

**173**   The Plaintiffs were hit with a malicious SLAPP lawsuit  and  subjected  to

NOx, CO and VoC toxic  chemical  and gas poisoning attacks for  exposing  the

ADOI and APSC state agencies    manipulated  and rigged rate formulas when

setting  utility and insurance   rates in Alabama.

**174**   The  MGM  Conspirator Defendants' definition of a state trade secret under

the state  is ambiguous,  unclear and vague includes "all forms and types of

financial, business, scientific, technical, economic, or engineering information,"

computer software,  computer data bases ,etc.

**175**   The  MGM  Conspirator Defendants' and more than 458 state agencies

textbook example of a trade secret is the formula for Coca-Cola, or the Colonel's

secret recipe for Kentucky Fried Chicken.

**176**   The  DTSA immunizes the Plaintiffs  for disclosures of trade secrets made

"in confidence" to federal, state, or local officials, or to an attorney, for the purpose

of reporting or investigating a suspected violation of law, or in legal document

### COUNT 43: FEDERAL CAUSE OF ACTION
### REPORTING   GROSS MISMANGEMENT  AND LAW VIOLATIONS
### Reporting  Gross Mismanagement   Activities  5 U.S.C. § 1213
### (Against All MGM Conspirator Defendants)

**177** **Under the federal  funds such as the  IRS Act ,  the IIJA/BILL  Act   the**

**ARPA Act ,   CARES Act , CHIPS and  the ARRA Act , ,** the  Plaintiffs have

suffered and continue to suffer harms for violations of law, a pattern of gross

mismanagement, fraud, waste  and abuse  of federal  funds and  federal grant

monies and loans  by the MGM  Conspirator Defendants.

**178** As a result of the MGM  Conspirators Defendants and more than 458 state

agencies   discriminatory conduct under  Section **5 U.S.C. § 1213**, the Plaintiffs

have  suffered lost income, and suffered emotional distress, mental anguish, pain

and suffering, frustration, and humiliation.

### COUNT 44: FEDERAL  CAUSE OF ACTION
### REPORTING  PROHIBITED PERSONNEL PRACTICES
### Reporting  Merit System  PPP Violations; § 2302
### (Against All MGM Conspirator Defendants)

**179** On  information and benefits, the MGM  Conspirators Defendants  have

manipulated  and rigged their   merit law.

**180**    Due to the rigging and manipulating of the Defendants merit laws, the MGM Conspirators Defendants committed a pattern of gross mismanagement of the county and city merit system which is meant to prevent abuses and ensure fairness for employment opportunities with the MGM Conspirators Defendants

**181**    As a result of the Conspirators Defendants' discriminatory conduct ,acts and actions under Section 2302 have caused to Plaintiffs to suffer and continue to suffer harm, including lost income, lost benefits, economic and emotional distress, mental anguish, pain and suffering, frustration, and humiliation.

## COUNT 45: STATE CAUSE OF ACTION
## GUARANTEED RIGHTS TO PROSECUTE CIVIL ACTIONS
### ( Violations of Section 10 of the Alabama Constitution of 1901 )
### (Against All MGM Conspirator Defendants)

**182**    The Plaintiffs aver that Section 10 of the Alabama Constitution of 1901 provides that a person has the right, "by himself or counsel," to prosecute or defend "any civil cause to which he is a party."

**183**    The Plaintiffs have suffered emotional pain due to the MGM Defendants unlawful conduct, acts and actions under Section 10 of the Alabama Constitution of 1901, which caused the Plaintiff to seek medical attention and to expend funds for medical treatment.

## COUNT 46: STATE  CASUE OF ACTION
## AL-ADEA DISCRIMINATION IN EMPLOYMENT
## Ala Code 25-1-21 (AL-ADEA)
## (Against All MGM Conspirator Defendants)

**184**    The Plaintiffs aver  Alabama Code Section 25-1-21 prohibits employers

from discriminating against workers 40 years of age or older in hiring, job

retention, compensation, or other employment conditions.

**185**    As a result of the MGM  Conspirators Defendants' discriminatory conduct

under Alabama Code Section 25-1-21 ,  the Plaintiffs have  suffered and continue

to suffer harm, including lost income, lost benefits, economic and non-economic

losses, emotional distress, mental anguish, pain and suffering, frustration, and

humiliation.

## COUNT 47: STATE CAUSE OF ACTION
## BLACKLISTING TO PREVENT A PERSON FROM RECEIVING
## EMPLOYMENT FROM WHOMSOEVER THEY DESIRE
## (Against  All MGM Conspirator Defendants)

**186**    Despite  enactment of a new Alabama state constitutional  in 2022 which

banned racist words and discriminatory  language,  the MGM  Conspirators

Defendants continue to use the state racist, old and outdated, and laws such as

Chapter 670-X-9 ( Disqualification of Applicants) rules where the SPD Director

may refuse to certify any eligible on a register due  to undefined and ambitious

CIMT and GMC felony offenses.

**187**    The  MGM  Conspirators Defendants and more than 458 state agencies

egregious conduct toward the Plaintiff, as described herein, was outrageous and

extreme because a reasonable person would not expect or tolerate blacklisting

abuse **for more than twenty (25) years.**


## COUNT 48: STATE CAUSE OF ACTION
### VIOLATION OF THE STATE EMPLOYMENT  PROTECTION ACT (State
### Employment Protection Act, Ala. Code §36-26A-1 et seq. (2012)
### (Against  All MGM Conspirator Defendants)

**188**    The Plaintiffs aver   that Alabama's primary whistleblower law, the State

Employee Protection Act, protects state employees from retaliation for reporting

violations of law, regulation, or rule.

**189**    As a result of the MGM Conspirators Defendants' discriminatory conduct ,

acts and actions under Alabama Code Section 25-1-21 , the Plaintiffs have

suffered and continued to suffer harm and injuries , including lost income, lost

benefits, economic and non-economic losses, and emotional distress.

## COUNT 49: STATE CAUSE OF ACTION
## VIOLATION OF THE STATE CHILD LABOR LAWS
### ( Reprisal Act for Opposing Child Labor Abuses  Ala. Code § 25-8-57
### (Against All MGM Conspirator Defendants)

**190**    The  MGM  Conspirators Defendants' and more than 458 state agencies

have  retaliated against the Plaintiffs for  reporting  and opposing child labor law

violations such as child sex trafficking crimes.

**191**    As a result of the MGM  Conspirators Defendants' discriminatory conduct

under Ala. Code § 25-8-57 , the Plaintiffs have  suffered and continue to suffer

harm, including lost income, lost benefits, economic and non-economic losses, and

emotional distress, mental anguish, pain and suffering, frustration, and humiliation.

## COUNT 50: STATE CAUSE OF ACTION
## VIOLATION OF THE STATE ETHICS LAWS
### Alabama Ethics Act, § 36-25
### (Against All MGM Conspirator Defendants)

**192**    The  MGM  Conspirators Defendants' and more than 458 state agencies

have  retaliated against the Plaintiffs for  reporting   public corruption  and rules of

law violations   under the Alabama Ethics Act (§ 36-25).

**193**    As a result of the MGM   Conspirators Defendants' and more than 458 state

agencies   and public subdivisions  discriminatory conduct, acts and actions

violation the Alabama Ethics Act (§ 36-25),  the Plaintiffs have  suffered and

continue to suffer harms, including lost income, lost benefits, economic and non-economic losses, and emotional distress, mental anguish, pain and suffering, frustration, and humiliation.

## COUNT 51: STATE CAUSE OF ACTION
### EQUAL PAY ACT   Ala. Code § 25-5-11.1
### (Against All MGM Conspirator Defendants)

**194**   The  MGM  Conspirators Defendants  and more than 458 state agencies and public subdivisions  have violated   Alabama's Equal Pay Act (CFEPA) prohibits public and private employers from paying employees of different races or sexes less than others for equal work within the same establishment, effective September 1, 2019.

**195**   As a result of the MGM  Conspirators Defendants' and more than 458 state agencies   discriminatory conduct under Ala. Code § 25-5-11.1,  the Plaintiffs have suffered and continues to suffer harms, including lost income, lost benefits, economic and non-economic losses, and emotional distress, mental anguish, pain and suffering, frustration, and humiliation.

## COUNT 52: STATE CAUSE OF ACTION
### Violation of the APA Act—5 U.S.C. § 706(2)(A)
### Arbitrary , Capricious  and Discriminatory  Acts and Actions
### (Against All MGM Conspirator Defendants)

**196**   The   MGM   Conspirators Defendants' workplace policies are "arbitrary, capricious,  abusive  and discriminatory  policies  allowed , condoned  and ignored hate  and GBV crimes .

**197**   The  MGM Conspirators Defendants' and *more than 458 state agencies* have   failed in their duties to properly  and timely  investigate civil rights charges related  to hate crimes and GBV cruelty in the workplace such as Sex ID and gender ID  discrimination by  treating someone unfavorably because of their sex, gender identity, or gender expression.

**198**    The MGM  Conspirators Defendants' and **more than 458 state agencies** will  in "bad faith" attempt to explain their sex ID  and gender  ID  discriminatory polices  under  Executive Order 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the federal government.

**199**   The  Plaintiffs have been harmed and  suffered damages as a result of the Defendants   violations  under   the Federal APA Act—5 U.S.C. § 706(2)(A) Arbitrary  and Capricious.

## COUNT 53: FEDERAL CAUSE OF ACTION
### Violation of the Administrative Procedure Act—5 U.S.C. § 706(2)(A), (C)
### Contrary to law and in Excess of statutory limitation
### (Against All MGM Conspirator Defendants)

**200**   The MGM Conspirators Defendants' and more than 458 state agencies

workplace policies, rules and regulations   allowed, condoned and ignored

reprisal, discrimination .  harassment and hostile  acts and conduct against

survivors and victims of hate and GBV crimes .

**201**   The MGM Conspirators Defendants' have  **"ceased and desisted "**   their

statutory duties  to  properly and timely investigate  claims   hate  and GBV cruelty

crimes  in   the workplaces  which constitute  violation of  the EEO Act and under

the APA, 5 U.S.C. § 706(2)(A), (C).

**202**   The  Plaintiffs have been harmed   and injured economically and non-

economically damage  and harm by the  Defendants  discriminatory actions, acts

and conduct and   the Plaintiffs have suffered damages because of the   Defendants

violations  under   the Federal APA Act—5 U.S.C. § 706(2)(A), (C)   Contrary to

law and in Excess of statutory limitation.

## COUNT 54: FEDERAL CAUSE OF ACTION
### Violation of the Administrative Procedure Act—5 U.S.C. § 706(2)(B)
### Contrary to Constitutional Right
### (Against All MGM Conspirator Defendants)

**203**    The  Plaintiffs  claim  that a court shall "hold unlawful and set aside agency

action . . . found to be . . . contrary to constitutional right." 5 U.S.C. § 706(2)(B).

**204**    As set forth above,  the MGM   Conspirators Defendants' and more than 458

state agencies  workplace policies, rules and regulations  allowed and condoned

reprisal and  discrimination and  harassment  conduct, acts   and actions against

survivor's and victims of  hate  and GBV crime.

**205**    Due  to  MGM  Conspirators Defendants' and more than 458 state agencies

actions and conduct,  the Plaintiffs were  deprived of full benefits, service  and full

guaranteed   rights  and  protections of the EEOC's investigation and related legal

processes  and protection  rights that GBV  survivors and victims' receive  as

charging parties receive under EEOC rules and regulations  for charging parties.

**206**    As set forth above,  the MGM   Conspirators Defendants' and more than 458

state agencies allowed  and condoned   reprisal and  discrimination and

harassment  conduct, acts   and actions against  survivors and victims of  hate  and

GBV  crimes which  constitute violations under  the  Fourteen  Amendment  to the

U.S Constitution and is therefore contrary to constitutional right under the APA Act

5 U.S.C. § 706(2)(B) rules.

## COUNT 55: FEDERAL CAUSE OF ACTION
### Violation of the Administrative Procedure Act— 5 U.S.C. § 706(2)(D)
### Without Observance of Procedure Required by Law
### (Against All MGM Conspirator Defendants)

**207**    The MGM Conspirators Defendants and more than 458 state agencies are "government agencies under the meaning, interpret, or prescribe law or policy" under the APA Act 5 U.S.C. § 706(2)(D) .

**208**    Thus , the MGM Conspirators Defendants and more than 458 state agencies as state actors cannot issue substantive rules and regulations without following the notice-and-comment rulemaking procedures set out in the APA Act, c 5 U.S.C. § 706(2)(D) .

**209**    The MGM Conspirators Defendants secretly promulgated their hate crime and GBV survivors written and/or unwritten polices without notice and comment, in the absence of a quorum, and/or without a majority vote.

**210**    The MGM Conspirators Defendants and more than 458 state agencies acted without observance of procedure required by law which constitutes violations under the APA Act-5 U.S.C. § 706(2)(D).

**211**    Due to the MGM Conspirators Defendants violations under APA Act-5 U.S.C. § 706(2)(D), the Plaintiffs have incurred medical expenses, and the Plaintiffs will continue to incur expenses for medical and psychological treatment, therapy, and counseling costs caused by the Defendants violations under APA Act— 5 U.S.C. § 706(2)(D).

## COUNT 56: FEDERAL CAUSE OF ACTION
### Violation of the Administrative Procedure Act–5 U.S.C. § 705
### Seeking Stay or Universal Injunctions for disfavored treatment against
### survivors hate crime and GBV , under APA Act-5 U.S.C. § 705
### (Against All MGM Conspirator Defendants)

**212**    The Plaintiffs claim the law allow a stay order and/or a "Protection from Abuse Order" (PFA) order for relief due to the MGM Conspirators Defendants hate crime and GBV crimes against victims and survivors.

**213**    The Plaintiffs, as victims and survivors of hate crimes and GBV cruelty acts and actions , have petitioned for stay orders , injunction orders and/or PFA orders for relief in the state lower courts due to the MGM Conspirators Defendants hate crimes and gender-based violence (GBV) crimes.

**214**    The Plaintiffs sought these stay orders , injunction orders and/or PFA orders due to threatening , harassing , and/or physically and mentally abusive acts by the MGM Conspirators Defendants.

**215**    Conspirators Defendants actions and inactions constitute violations under APA Act-5 U.S.C. § 705.

**216**    Thus, the MGM Conspirators Defendants actions under APA Act-5 U.S.C. § 705 caused the Plaintiffs to emotional pain and caused the Plaintiffs to seek medical attention and to expend funds for medical treatment.

## COUNT 57: STATE CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (Against All MGM Conspirator Defendants)

**217**   The  MGM  Conspirators Defendants and more than 458 state agencies and their business associates conduct, and actions constitute intentional infliction of emotional distress on the Plaintiffs that was malicious.

**218**   The MGM Conspirators Defendants and more than 458 state agencies and their business associates acted willfully, maliciously, recklessly  toward the Plaintiffs, as victims  and survivors of  hate crimes  and GBV cruelty acts, actions and offenses.

**219**   The MGM  Conspirators Defendants and more than 458 state agencies' actions and acts were intended to cause personal harm and economical injuries   to the Plaintiffs.

**220**   The Plaintiffs have suffered severe emotional distress as a direct result of the MGM Conspirators Defendants and more than 458 state agencies  unlawful conduct, acts, actions and  lawless crimes.

## COUNT 58: STATE CAUSE OF ACTION
## NEGLIGENT FAILURE TO WARN, TRAIN AND/OR EDUCATE
### ( Against All MGM Conspirator Defendants)

**221** The MGM Conspirators Defendants owed the Plaintiffs a duty to take reasonable protective measures to protect the Plaintiffs and other vulnerable and marginalized employees from the MGM Conspirators Defendants danger employees who have a history of inciting workplace violence.

**222** The MGM Conspirators Defendants failed to properly warn, train or educate the Plaintiffs and other vulnerable and marginalized state workers about how to **avoid the Conspirators Defendants' danger employees**.

**223** The MGM Conspirators Defendants and more than 458 state agencies have deliberately breached their duty to take reasonable protective measures to protect the Plaintiffs from the Conspirators Defendant 's danger employees such as the pedophile and child grooming state employees.

**224** The Plaintiffs have suffered, and the Plaintiffs will continue to suffer from illnesses and disorders that prevent the Plaintiffs from performing daily activities and obtaining the full enjoyment of life.

**225** The Plaintiffs have also incurred medical expenses, and the Plaintiffs will continue to incur expenses for medical and psychological treatment, therapy, and counseling costs caused by the Defendants.

### COUNT 59: STATE CAUSE OF ACTION
### GROSS NEGLIGENCE AND WANTONNESS
### (Against All MGM Conspirator Defendants)

**226**   The MGM Conspirator Defendants' reckless and wantonness actions were the proximately acts which caused the Plaintiffs to suffer and continue to suffer physical pain , mental and emotional injuries and illness and damage which constitute gross negligence and wantonness actions.

### COUNT 60: STATE CAUSE OF ACTION
### NEGLIGENCE ACTS
### (Against All the Defendants)

**227**   The MGM Conspirator Defendants have breached their duty of care causing the Plaintiffs to suffer physical pain , mental and emotional injuries, and harm to the Plaintiffs which constitute negligence.

### COUNT 61: STATE CAUSE OF ACTION
### WANTONNESS
### (Against All the Defendants)

**228**   On multiple occasions , the actions and inactions of the MGM Conspirator Defendants by breaching their duty of care the Conspirator Defendants owed to the Plaintiffs caused the Plaintiffs to suffer physical pain , and illness which constituted wantonness acts .

63

## COUNT 62: STATE CAUSE OF ACTION
## SPOLIATION OF EVIDENCE
### (Against All the Defendants)

**229**   The MGM  Conspirator Defendants have  a duty to preserve documents,

records and other  communications about workplace policies, rules and regulations

which allowed, condoned and ignored  reprisal, discrimination . harassment and

hostile  acts and conduct against  survivor's and victims hate and GBV crimes

**230    As a direct result of  the  MGM  Conspirator Defendants  spoliation  of**

**documents and records** , the   Plaintiffs have suffered damage from being unable

to discover the real reason(s ) why Plaintiff Gregory Kelly  was  blacklisted  by the

MGM  Conspirator Defendants  **for more than twenty (25) years.**


## COUNT 63: STATE CAUSE OF ACTION
## DEFAMATION PER SE
### (Against All the Defendants)

**231**   The   Plaintiffs claim that they  have been the victim of harsh personal

attacks since going public with the accusation about lying  and sinful   homosexual

and Log Cabin GOPers members such as Gov. Kay Ivey, Troy King, the ex-AL-

AG, Oliva W. Martin , Assistance AL-AG, and Jane Cook,  and George Wallace Jr,

the ex APSC members who were stalking , snooping,  spying and surveillance

civil rights and environmental justice activists .

**232**   The publications of these false statements  and information caused harm and financial damage  to  the Plaintiffs.

**233**   For outing  these lying  and sinful   homosexual and Log Cabin GOPers members, the  Plaintiffs also    blacklisting acts , and  premedicated  and orchestrated  Nox, CO and VoC poisoning attacks from the  MGM  Conspirator Defendants  and  the Defendants Business associates

 **WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that the jury will award him, based on the facts and circumstances of this case, an amount of money to adequately compensate the Plaintiff and to sufficiently punish the Defendants so as to deter such action in the future.

**Respectfully Submitted November   10 of 2025.**

By: _____  11-10-2025

**Gregory Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com

By: _____

**Annette B. Kelly, Plaintiff**
6213 Willow Glen Dr.
Montgomery, AL 36117
Email Address: gkelly6213@yahoo.com